ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ULLOA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>    Defendant. | CASE NO.: 3:21-cv-495-RCJ-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING** |

  Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for NGM to file its responsive pleading. The response, currently due on February 18, 2022, will be extended by two (2) weeks to and including **March 4, 2022**.

  This is the parties first request for an extension for Defendant to respond to Plaintiff's Complaint and is made in good faith and not for the purpose of delay.

//

//

//

Page 1 of 2

| | |
|---|---|
| DATED: February 17, 2022 | DATED: February 17, 2022 |
| KEMP & KEMP | SIMONS HALL JOHNSTON PC |
| /s/ James P. Kemp, Esq.<br>James P. Kemp, Esq.<br>KEMP & KEMP<br>7435 W. Azure Drive<br>Suite 110<br>Las Vegas, Nevada 89130<br>JP@Kemp-attorneys.com<br>*Attorneys for Plaintiff* | /s/ Jonathan A. McGuire, Esq.<br>Anthony L. Hall, Esq.<br>Jonathan A. McGuire, Esq.<br>SIMONS HALL JOHNSTON PC<br>690 Sierra Rose Drive<br>Reno, Nevada 89511<br>AHall@SHJNevada.com<br>JMcGuire@SHJNevada.com<br>*Attorneys for Defendant* |

## **ORDER**

**IT IS SO ORDERED.**

Dated: February 18, 2022

_____
UNITED STATES MAGISTRATE JUDGE