ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines*

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUAN ULLOA,

Plaintiff,

vs.

NEVADA GOLD MINES, a Delaware Limited Liability Company,

Defendant.

CASE NO.: 3:21-cv-495-RCJ-CSD

**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING (First Request)**

Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for NGM to file its responsive pleading to Plaintiff's First Amended Complaint. The response, currently due on April 1, 2022, will be extended by two (2) weeks to and including **April 15, 2022**.

This is the parties first request for an extension for Defendant to respond to Plaintiff's First Amended Complaint and is made in good faith and not for the purpose of delay.

//

//

//

DATED: April 1, 2022

KEMP & KEMP

/s/ James P. Kemp, Esq.
James P. Kemp, Esq.
KEMP & KEMP
7435 W. Azure Drive
Suite 110
Las Vegas, Nevada 89130
JP@Kemp-attorneys.com
*Attorneys for Plaintiff*

DATED: April 1, 2022

SIMONS HALL JOHNSTON PC

/s/ Jonathan A. McGuire, Esq.
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: April 4, 2022

UNITED STATES MAGISTRATE JUDGE

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

**CERTIFICATE OF SERVICE**

I, Emily T. Woods, declare:

I am employed in the City of Reno, County of Washoe, State of Nevada by the law offices of Simons Hall Johnston PC. My business address is 690 Sierra Rose Dr., Reno, NV 89511. I am over the age of 18 years and not a party to this action.

On the below date, I served the foregoing document by causing it to be served via electronic service through the Court's CM ECF electronic filing system, addressed as follows:

JAMES P. KEMP, ESQ.
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, NV 89130
jp@kemp-attorneys.com
Attorney for Plaintiff JUAN ULLOA

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 1, 2022.

/s/ Emily T. Woods____________
Employee of Simons Hall Johnston