JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff JUAN ULLOA

JUAN ULLOA,

            Plaintiff,

vs.

NEVADA GOLD MINES, a Delaware Limited Liability Company,

           Defendant.

CASE NO.:   3:21-cv-495-RCJ-CSD

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO REQUESTS FOR ADMISSIONS OR ALTERNATIVELY TO WITHDRAW ADMISSIONS PURSUANT TO FRCP 36(b) (ECF NO. 40)**

**(FIRST REQUEST)**

       Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for Plaintiff to file his Response to NGM's Motion (ECF No. 40) that seeks an enlargement of time to respond to Requests for Admissions or alternatively to withdraw admissions pursuant to FRCP Rule 36(b). The response, currently due on July 29, 2022, will be extended by two (2) weeks to and including **August 12, 2022.**

       The reason for the extension, as Plaintiff's counsel has informed Defense Counsel is that Plaintiff's counsel had another significant briefing deadline due on July 29, 2022 and in the two weeks since Defendant's motion was filed Plaintiff's counsel has been tied up preparing for two party Rule 30(b)(6) depositions and a significant workers' compensation appeal hearing. Also, Plaintiff's counsel was out of the country on vacation until July 20, 2022 when he returned to the office. More time is needed to address the matters set forth in Defenant's motion.

///

///

1

This is the parties first request for an extension of time for Plaintiff to respond to Defendant's motion (ECF No. 40) and is made in good faith and not for the purpose of delay.

DATED: July 29, 2022                          DATED: July 29, 2022

KEMP & KEMP                                   SIMONS HALL JOHNSTON PC

 /s/ James P. Kemp, Esq.                       /s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.                           Anthony L. Hall, Esq.
KEMP & KEMP                                   Jonathan A. McGuire, Esq.
7435 W. Azure Drive                           SIMONS HALL JOHNSTON PC
Suite 110                                     690 Sierra Rose Drive
Las Vegas, Nevada 89130                       Reno, Nevada 89511
JP@Kemp-attorneys.com                         AHall@SHJNevada.com
*Attorneys for Plaintiff*                     JMcGuire@SHJNevada.com
                                              *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 1, 2022

_____
UNITED STATES MAGISTRATE JUDGE