ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant
Nevada Gold Mines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ULLOA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>    Defendant. | CASE NO.:  3:21-cv-495-RCJ-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE REPLY IS SUPPORT OF MOTION TO ENLARGE TIME TO RESPOND TO REQUESTS FOR ADMISSIONS PURSUANT TO FRCP 6 OR, IN THE ALTERNATIVE TO WITHDRAW ADMISSIONS PURSUANT TO FRCP 36(b)**<br>**(First Request)** |

  Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for NGM to file its Reply in Support of Motion to Enlarge Time to Respond to Requests for Admissions Pursuant to FRCP 6 or, in the Alternative to Withdraw Admissions Pursuant to FRCP 36(b).  The response, currently due on August 19, 2022, will be extended by two (2) weeks to and including **September 2, 2022**.

///

///

///

1  This is the parties first request for an extension for Defendant to file its Reply in Support of
2  Motion to Enlarge Time to Respond to Requests for Admissions Pursuant to FRCP 6 or, in the
3  Alternative to Withdraw Admissions Pursuant to FRCP 36(b) and is made in good faith and not for
4  the purpose of delay.

DATED:  August 19, 2022              DATED:  August 19, 2022

KEMP & KEMP                          SIMONS HALL JOHNSTON PC

 /s/ James P. Kemp, Esq.              /s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.                  Anthony L. Hall, Esq.
KEMP & KEMP                          Jonathan A. McGuire, Esq.
7435 W. Azure Drive                  SIMONS HALL JOHNSTON PC
Suite 110                            690 Sierra Rose Drive
Las Vegas, Nevada 89130              Reno, Nevada 89511
JP@Kemp-attorneys.com                AHall@SHJNevada.com
*Attorneys for Plaintiff*            JMcGuire@SHJNevada.com
                                     *Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.**

Dated:  August 22, 2022

_____
UNITED STATES MAGISTRATE JUDGE