**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN ULLOA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>    Defendant. | CASE NO.:   3:21-cv-00495-RCJ-CSD<br><br>**ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT (ECF NO. 51)**<br><br>**(FIRST REQUEST)** |

  Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for Plaintiff to file his Response to NGM's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 51). The response, currently due on September 22, 2022, will be extended by two (2) weeks to and including **October 6, 2022.**

  The reason for the extension, as Plaintiff's counsel has informed Defense Counsel is that Plaintiff's counsel was on vacation out of the country when the motion was filed on September 8, 2022 and did not return to the office until September 19, 2022. Therefore, he has not had time to address the 21-page motion by the current deadline.

///

///

///

1

This is the parties first request for an extension of time for Plaintiff to respond to Defendant's motion (ECF No. 51) and is made in good faith and not for the purpose of delay.

DATED:  September 22, 2022                                                    DATED:  September 22, 2022

KEMP & KEMP                                                                             SIMONS HALL JOHNSTON PC

 /s/ James P. Kemp, Esq.                                                              /s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.                                                                  Anthony L. Hall, Esq.
KEMP & KEMP                                                                             Jonathan A. McGuire, Esq.
7435 W. Azure Drive                                                                    SIMONS HALL JOHNSTON PC
Suite 110                                                                                     690 Sierra Rose Drive
Las Vegas, Nevada 89130                                                         Reno, Nevada 89511
JP@Kemp-attorneys.com                                                          AHall@SHJNevada.com
*Attorneys for Plaintiff*                                                              JMcGuire@SHJNevada.com
                                                                                                    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: October 11, 2022

_____
UNITED STATES DISTRICT JUDGE