1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN ULLOA,<br><br>             Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>             Defendant. | CASE NO.:   3:21-cv-495-RCJ-CSD<br><br>**ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for NGM to file its Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint.  The response, currently due on October 13, 2022, will be extended by one (1) week to and including **October 20, 2022**.

///

///

///

///

///

This is the parties first request for an extension for Defendant to file its Reply in Support of Motion to Dismiss Plaintiff's Second Amended Complaint and is made in good faith and not for the purpose of delay.

DATED: October 12th, 2022

KEMP & KEMP

/s/ James P. Kemp, Esq.
James P. Kemp, Esq.
KEMP & KEMP
7435 W. Azure Drive
Suite 110
Las Vegas, Nevada 89130
JP@Kemp-attorneys.com
*Attorneys for Plaintiff*

DATED: October 12th, 2022

SIMONS HALL JOHNSTON PC

/s/ Jonathan A. McGuire, Esq.
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: October 13, 2022

_____
UNITED STATES DISTRICT JUDGE