**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN ULLOA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　　Defendants. | 3:21-cv-00495-RCJ-CSD<br><br>**ORDER** |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 62).

Pursuant to the court's Civil Standing Order (ECF No. 5), Plaintiff shall file a response on or before close of business on **Tuesday, February 21, 2023.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  February 17, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1