# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ULLOA,<br><br>    Plaintiff<br><br>v.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>    Defendant | Case No.: 3:21-cv-00495-RCJ-CSD<br><br>**Order**<br><br>Re: ECF No. 62 |

    The court has received Defendant Nevada Gold Mine's (NGM) motion regarding discovery dispute (ECF No. 62), and the court has ordered Plaintiff Ulloa to file a response by February 21, 2023.

    As a preliminary matter, NGM's motion references 176 requests for production of documents, which seems excessive for litigation that does not appear to be unduly complex. The court has also undertaken a preliminary review of Ulloa's responses to the requests for production (set forth in ECF No. 62-1), and observes the responses largely contain boilerplate objections and responses that state: "See Plaintiff's Initial Disclosures and any supplements or amendments thereto." These boilerplate objections and generic responses to the requests for production are insufficient. A response cannot just refer the propounding party to a party's initial disclosures (including supplements or amendments) without identifying which documents are responsive to the particular request. That being said, some of the responses indicate there are no responsive documents, and it seems these responses should not be included by NGM among the discovery items in dispute.

In light of these preliminary observations, the court orders Ulloa's counsel and NGM's counsel to meet and confer in good faith within the next week, and provide a joint status update on **February 27, 2023,** advising the court of the details of the meet and confer conference in compliance with Local Rule 26-6(c) and Local Rule IA 1-3(f), and identifying those items that remain in dispute. If, after reviewing the status update, the court finds that the parties have not sufficiently met and conferred in good faith to reasonably resolve or at least narrow down the numerous discovery items at issue, the court will require Ulloa's counsel and NGM's counsel to appear *in person* at the federal courthouse in Reno to meet and confer later in the week of February 27, 2023. Following the filing of the status report, the court will determine whether the in-person meet and confer conference at the courthouse and/or a hearing are required.

**IT IS SO ORDERED**.

Dated: February 17, 2023

_____
Craig S. Denney
United States Magistrate Judge