**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN ULLOA,<br><br>                    Plaintiff,<br><br>   v.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>                    Defendants. | 3:21-cv-00495-RCJ-CSD<br><br>**ORDER** |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 68).

Pursuant to the court's Civil Standing Order (ECF No. 5), Plaintiff shall file a response on or before close of business on **Wednesday, March 1, 2023.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  February 27, 2023.

_____
UNITED STATES MAGISTRATE JUDGE