# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ULLOA, <br><br> Plaintiff, <br><br> v. <br><br> NEVADA GOLD MINES, a Delaware Limited Liability Company, <br><br> Defendant. | Case No. 3:21-cv-00495-RCJ-CSD <br><br> **ORDER** |

Before the court is Defendant's Motion Regarding Discovery Dispute (ECF No. 75).

**IT IS HEREBY ORDERED** that, pursuant to the court's Civil Standing Order (ECF No. 5), Plaintiff shall file a response on or before close of business on **Friday, March 24, 2023.** The response shall be limited to 5 pages in length.

**IT IS FURTHER ORDERED** that Defendant shall file a reply memorandum on or before close of business on **Wednesday, March 29, 2023**. The reply memorandum shall be limited to 5 pages in length.

DATED: March 22, 2023.

_____
UNITED STATES MAGISTRATE JUDGE