JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Suite 110
Las Vegas, Nevada 89130
(702) 258-1183/(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff JUAN ULLOA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ULLOA,<br><br>   Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>   Defendant. | CASE NO.:   3:21-cv-495-RCJ-CSD<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 97)**<br><br>**(FIRST REQUEST)** |

Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Juan Ulloa, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for Plaintiff to file his Response to NGM's Motion for Summary Judgment (ECF No. 97). The response, currently due on August 2, 2023, will be extended by three (3) weeks to and including **August 23, 2023.**

The reason for the extension is that Plaintiff's counsel has informed Defense counsel that since the Motion for Summary Judgment was filed on July 12, 2023, Plaintiff's counsel had another significant Ninth Circuit briefing deadline due on July 24, 2023. Plaintiff's counsel has been away on July 27 and 28 and will be away on August 2 through 7, 2023. Plaintiff's counsel has extensive briefing due in a state court matter where Defense counsel in this case is also representing defendants there. More time is needed to address the matters set forth in Defendant's motion.

///

1

This is the parties' first request for an extension of time for Plaintiff to respond to Defendant's motion (ECF No. 97) and is made in good faith and not for the purpose of delay.

DATED: July 31, 2022                                              DATED: July 31, 2022

KEMP & KEMP                                                      SIMONS HALL JOHNSTON PC

 /s/ James P. Kemp, Esq.                                          /s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.                                              Anthony L. Hall, Esq.
KEMP & KEMP                                                      Jonathan A. McGuire, Esq.
7435 W. Azure Drive                                              SIMONS HALL JOHNSTON PC
Suite 110                                                        690 Sierra Rose Drive
Las Vegas, Nevada 89130                                          Reno, Nevada 89511
JP@Kemp-attorneys.com                                            AHall@SHJNevada.com
*Attorneys for Plaintiff*                                        JMcGuire@SHJNevada.com
                                                                 *Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.**

Dated: August 2, 2023

_____
UNITED STATES DISTRICT JUDGE

2