ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@shjnevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUAN ULLOA,<br><br>           Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, a Delaware Limited Liability Company,<br><br>           Defendant. | Case No.: 3:21-cv-00495-RCJ-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO REPLY TO DISPOSITIVE MOTION**<br><br>**[First Request]** |

Defendant NEVADA GOLD MINES ("Defendant" or "NGM"), by and through its undersigned counsel of record SIMONS HALL JOHNSTON PC, and Plaintiff JUAN ULLOA, ("Ulloa") by and through his undersigned counsel of record KEMP & KEMP hereby stipulate and agree that, the reply deadline dispositive motion be extended to two (2) weeks from September 6, 2023 to **September 20, 2023**. Defendant's counsel had a pre-planned vacation, and despite his best efforts, he has been unable to devote the time required to completing the Reply. The parties believe a (2) week extension will enable them to complete the reply to the dispositive motion without any further delay.

/ / /

This request is not made for the purpose of delay and is made in good faith.

DATED: September 1, 2023

KEMP & KEMP

/s/ James P. Kemp
  James P. Kemp, Esq.
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
JP@Kemp-attorneys.com
*Attorneys for Plaintiff*

DATED: September 1, 2023

SIMONS HALL JOHNSTON PC

/s/ Anthony Hall
 Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated: September 5, 2023

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE