ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
ahall@shjnevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Nevada Gold Mines*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN ULLOA, | Case No.:  3:21-cv-00495-RCJ-CSD |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND DEFENDANT'S DEADLINE TO REPLY TO DISPOSITIVE MOTION** |
| NEVADA GOLD MINES, a Delaware Limited Liability Company, | **[Second Request]** |
| Defendant. | |

Defendant NEVADA GOLD MINES ("Defendant" or "NGM"), by and through its

undersigned counsel of record SIMONS HALL JOHNSTON PC, and Plaintiff JUAN ULLOA,

("Ulloa") by and through his undersigned counsel of record KEMP & KEMP hereby stipulate and

agree that the deadline for the reply in support of Defendant's motion for summary judgment will

be extended to two (2) weeks from September 20, 2023 to **October 4, 2023**.  Defendant's counsel

is currently serving as the lead negotiator for four (4) separate bargaining units for a large

governmental employer who are presently negotiating their collective bargaining agreements; is

presently advising on the sale of two significantly sized businesses with union issues, is assisting

another client through a union campaign with an election scheduled next week, and is presently

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive,
Reno, NV 89511
Phone:  (775) 785-0088

drafting an urgent temporary restraining order in a trade secrets matter.  The parties believe a (2)

week extension will enable them to complete the reply to the dispositive motion without any

further delay.

This request is not made for the purpose of delay and is made in good faith.

DATED:  September 19, 2023                   DATED:  September 19, 2023

KEMP & KEMP                                           SIMONS HALL JOHNSTON PC


/s/ James P. Kemp                                       /s/ Anthony Hall
James P. Kemp, Esq.                                    Anthony L. Hall, Esq.
KEMP & KEMP                                            Jonathan A. McGuire, Esq.
7435 W. Azure Drive,                                   SIMONS HALL JOHNSTON PC
Suite 110                                              690 Sierra Rose Drive
Las Vegas, Nevada 89130                                Reno, Nevada 89511
JP@Kemp-attorneys.com                                  AHall@SHJNevada.com
*Attorneys for Plaintiff*                              JMcGuire@SHJNevada.com
                                                       *Attorneys for Defendant*


**ORDER**

**IT IS SO ORDERED.**

September 20, 2023

Dated: _____

UNITED STATES DISTRICT JUDGE

Page 2 of 3